1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTOMOTIVE INDUSTRIES ET AL.,

      Plaintiffs,

  v.

BI-CITY PAINT & BODY, ET AL.,

      Defendants.

                           /

No. C 12-01972 CRB

**ORDER ADOPTING REPORT AND RECOMMENDATION AND ENTERING DEFAULT JUDGMENT**

     The Court has reviewed Magistrate Judge Beeler's Report and Recommendation regarding Plaintiffs' Motion for Default Judgment.  See dkt. 31.[1]  The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects.  Accordingly, the Court enters default judgment against Defendant Bi-City Paint in the amount of $127,795.00 in withdrawal liability, $9,853.02 in interest, $25,559.00 in liquidated damages, $12,143.50 in attorneys' fees, and $3,786.56 in costs.

     **IT IS SO ORDERED.**

Dated: January 3, 2013

                                 
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] No objection to the Report has been filed.