IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BI-CITY PAINT & BODY, ET AL.,<br><br>    Defendants.                  / | No. C 12-01972 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND ENTERING DEFAULT JUDGMENT** |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation regarding Plaintiffs' Motion for Default Judgment. See dkt. 31.[1] The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court enters default judgment against Defendant Bi-City Paint in the amount of $127,795.00 in withdrawal liability, $9,853.02 in interest, $25,559.00 in liquidated damages, $12,143.50 in attorneys' fees, and $3,786.56 in costs.

**IT IS SO ORDERED.**

Dated: January 3, 2013

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

---

[1] No objection to the Report has been filed.

G:\CRBALL\2012\1972\order adopting r&r.wpd